UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 21-cv-81779-Matthewman

AMANDA KRIBERNEY,

    Plaintiff,

vs.

OAK AND EMBER, LLC, et al.

    Defendants.
_____/

FILED BY KJZ D.C.
Jan 28, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

### ORDER GRANTING THE PARTIES' JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT [DE 9], APPROVING SETTLEMENT, AND DISMISSING ACTION WITH PREJUDICE

THIS CAUSE came before the Court upon the Parties' Joint Motion for Court Approval of Settlement Agreement ("Motion") [DE 9]. In their Motion, the parties seek an Order approving their settlement agreement attached to their Motion. [DE 9-1].

The Court held a fairness hearing via Zoom video teleconference (VTC) on January 27, 2022, during which the Court heard from the parties' counsel regarding the fairness of the settlement of Plaintiff's claims alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.* All parties' counsel represented that the settlement is fair and reasonable and that Plaintiff and Defendants are in agreement with the terms of the settlement.

The Court has reviewed the Motion and Settlement Agreement and Release of Wage and FLSA Claims attached thereto, and the entire docket in this case, has considered all of the factors outlined in *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350, 1353 (11th Cir. 1982), and is otherwise fully advised in the premises. The Court finds that the settlement in this case represents a genuine compromise of a bona fide dispute, with all parties represented by competent counsel.

Plaintiff is being paid an amount she believes to be owed prior to trial. The parties have agreed to settle due to reasonable strategic and financial considerations. The Court further finds that the settlement, including the attorney's fees and costs, reached by the parties represents a reasonable, arm's length compromise by both sides and is fair and reasonable. Based on the foregoing, it is hereby **ORDERED and ADJUDGED** as follows:

1. The Court finds the settlement of Plaintiff's FLSA claims to be fair and reasonable. The Court also finds that the settlement meets the standard set forth in *Lynn's Food Stores, Inc.* Accordingly, the Motion [DE 9] is **GRANTED**.

2. The parties' settlement is **APPROVED**.

3. The Court retains jurisdiction for twenty-one days to enforce the terms of the parties' settlement agreement should such enforcement become necessary.

4. The above-style action is **DISMISSED WITH PREJUDICE**.

5. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 28th day of January 2022.

*William Matthewman*
WILLIAM MATTHEWMAN
United States Magistrate Judge